# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SCOTT NASKIEWICZ, Individually and on behalf of other similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )  Case No.: 8:18-cv-2743 |
| | ) |
| v. | )<br>) |
| MONRO MUFFLER BRAKE, INC. d/b/a THE TIRE CHOICE & TOTAL CAR CARE, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Monro, Inc. (sued herein as "Monro Muffler Brake, Inc. d/b/a The Tire Choice & Total Car Care") ("Monro"), by and through its undersigned attorney, submits this Notice of Removal and states as follows:

1. On or about October 15, 2018, a complaint in the above-captioned action was filed by the Plaintiff in the Thirteenth Judicial Circuit, Hillsborough County, Civil Division, entitled *Scott Naszkiewicz v. Monro Muffler Brake, Inc.,* No. 18-CA-010091 (the "State Court"). Plaintiff issued the Summons and Complaint to Monro and it was received by Monro on or about October 18, 2018. The action is now pending in the State Court. A copy of Docket Sheet is attached hereto as Exhibit A, the Summons and Complaint (collectively the "Pleadings") are attached hereto as Exhibit B, the Civil Cover Sheet is Attached hereto as Exhibit C, and all remaining State Court Documents are attached hereto as Exhibit D. These documents constitute all process, pleadings and orders purportedly served in the action.

2. By statute "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 62 (1987) (quoting 28 U. S. C. § 1441(a)). One category of cases over which the district courts have original jurisdiction are "federal question" cases; that is, those cases "arising under the Constitution, laws, or treaties of the United States." *Id.* (citing 28 U. S.C. § 1331). This action involves claims for violation of the Fair Labor Standards Act 29 U.S.C. § 201, *et seq* a federal statute. Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is removable to this Court pursuant to 28 U.S.C. § 1441(a).

3. This Notice of Removal is being filed with this Court within thirty (30) days after service on Monro. Therefore, this Notice of Removal is being filed in a timely manner pursuant to 28 U.S.C. § 1446(b).

4. The State Court action is pending within the area of the Middle District of Florida. *See* 28 U.S.C. § 1441(a).

5. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice of Removal, Monro does not waive any defenses that may be available to it.

WHEREFORE, Monro respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against it, entitled *Scott Naszkiewicz v. Monro Muffler Brake, Inc.,* No. 18-CA-010091, be removed from the Thirteenth Judicial Circuit, Hillsborough County, Civil Division, that this

action proceed in this Court as a properly removed action, and that the Monro have such other and further relief as this Court may deem just and proper.

DATED: November 7, 2018                            Respectfully submitted,

                                                   GARLICK, SWIFT & GARRY, LLP

                                                   */s/ Richard J. Swift, Jr.*_____
                                                   Richard J. Swift, Jr.
                                                   Florida Bar No. 584861
                                                   Email: rswift@garlaw.com
                                                   5150 Tamiami Trail N., Suite 501
                                                   Naples, Florida 34103
                                                   Tel: (239) 597-7088
                                                   Fax: (239) 597-6984

                                                   NIXON PEABODY LLP

                                                   */s/ Todd R. Shinaman*_____
                                                   Todd R. Shinaman (pro hac vice pending)
                                                   New York State Bar No. 2236537
                                                   Email: tshinaman@nixonpeabody.com
                                                   Steven J. Jones (pro hac vice pending)
                                                   New York State Bar No. 3904794
                                                   Email: sjones@nixonpeabody.com
                                                   1300 Clinton Square
                                                   Rochester, New York 14614
                                                   Tel: (585) 263-1000
                                                   Fax: (585) 263-1600

                                                   *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on the 7th day of November, 2018, I caused the foregoing Notice of Removal to be electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system.  A copy of the foregoing was served via electronic mail on:

    FLORIN, GRAY, BOUZAS, OWENS, LLC
    Wolfgang M. Florin
    wolfgang@fgbolaw.com
    Christopher D. Gray
    chris@fgbolaw.com
    16524 Pointe Village Drive, Suite 100
    Lutz, FL 33558
    Telephone (727) 254-5255

                                                     */s/ Richard J. Swift, Jr.*___
                                                     Richard J. Swift, Jr.